.

Rainbow Grocery Cooperative Inc.
2807 Old Canton Road
Jackson, MS 39216


J. Walter Newman IV
Newman & Newman
587 Highland Colony Parkway
Ridgeland, MS 39157


A-1 Detective & Patrol Service
404 Meadowbrook Rd.
Jackson, MS 39206-5330


After Hours Cleaning Service
P.O. Box 55908
Jackson, MS 39296


Alternative Baking
3914 Kristi Court
Sacramento, CA 95827


Alvin's Repair Service
P.O. Box 187
Tougaloo, MS 39174


AmeriPride Service Inc.
P.O. Box 249
Bemidji, MN 56619-0249


Andi Lynn  Elderberries
P.O. Box 1286
Livingston, LA 70754


Animal Supply
P.O. Box 142496
Irving, TX 75014


Ann Daniel
2807 Old Canton Road
Jackson, MS 39216


Anu Med Intl
3908 E. Broadway Rd.
Suite 100
Phoenix, AZ 85040

Arora Creations Inc
31 Bridge Street
Metuchen, NJ 08840


ASAP Printing
2801 Layfair Dr
Flowood, MS 39232-9501


Beason Family Farm
10141 RD 1343
Philadelphia, MS 39350


Bell Lifestyle Products Inc
07090 68th Street
South Haven, MI 49090


Blue Mountain Organics
P.O. Box 898
Floyd, VA 24091


Bluebonnet Nutriction
12915 Dairy Ashford
Sugar Land, TX 77478


Buford Company
P.O. Box 8601
Jackson, MS 39284-8601


California Suncakes
P.O. Box 8688
Emeryville, CA 94662


CANNAVEST
591 Camino De La Reina
Suite 1200
San Diego, CA 92108


Chemical Products
P.O. Box 3816
Jackson, MS 39207-3816


Choctaw Fresh Produce
P.O. Box 6001
Choctaw, MS 39350

Cintas
P.O. Box 630921
Cincinnati, OH 45263-0921

Cintas
P. O. Box 630921
Cincinnati, OH 45263

Cogent Solutions
P.O. Box 13243
Lexington, KY 40583-3243

Computer & Equipment Sales, Inc
13979 HWY 18
Raymond, MS 39154-0700

Country Life Natural Foods
P.O. Box 489
Fullman, MI 49450-0489

Creative Distillery
3000 Old Canton Rd
Suite 455
Jackson, MS 39216

CSCI Corporation
4220 Lakeland Drive
Suite C
Flowood, MS 39232

Cynthia Eldridge for IRS
c/o United States Attorney
501 E. Court Street
Suite. 4.430
Jackson, MS 39201-5024

Davis Refrigiration
5846 N Commerce Plaza Suite E
Jackson, MS 39206

Dead Sea Warehouse
10277 Iron Rock Way
Suite 100
Elk Grove, CA 95624

Dennis Holmes  
2807 Old Canton Road  
Jackson, MS 39216

Derma E  
2130 Ward Ave  
Simi Valley, CA 93065

Digital Systems  
221 Sunnybrook Rd Suite A  
Ridgeland, MS 39157

Dogtrot Farms  
P.O. Box 555  
Bentonia, MS 39040

Down to Earth  
P.O. Box 1419  
Eugene, OR 97440

Elephant Valley  
633 Heindl Rd.  
Canton, MS 39046

Entergy Company  
P. O. Box 8105  
Baton Rouge, LA 70891-1000

Equal Exchange  
15 Campanelli Circle  
Canton, MA 02021

Essential Formulas  
1861 Valley View Lane St 180  
Farmers Branch, TX 75234

Euro Pharma  
955 Challenger Dr  
Green Bay, WI 54311

Evanhealy  
13741 Danielson Street  
Suite A  
Poway, CA 92064

Rainbow Grocery Cooperative Inc. - - Pg. 5 of 12

Extreme Health  
1971 Airway Dr  
Hollister, CA 95023

Fair Tradegreen  
2807 Old Canton Road  
Jackson, MS 39216

Flora Inc.  
805 E Badger Rd  
Lynden, WA 98264

Foods Alive  
P.O. Box 210  
Angola, IN 46703

Four Nuts By Nature  
P.O. Box 64  
Whitewater, WI 53190

Freeman Water Treatment  
P.O. Drawer 1216  
Clinton, MS 39060

Fresh Point Produce  
4721 Simonton Rd  
Dallas, TX 75244

Frontier Natural Products  
P.O. Box 2296  
Cedar Rapids, IA 52406-2296

Genesis Today Inc  
6800 Burleson Rd  
#180  
Austin, TX 78744

GREEN FOODS  
P.O. Box 2069  
Rancho Cucamonga, CA 91729

Health and Diet  
924 W Desert Hollow Dr  
San Tan Valley, AZ 85143

Heather Loraine  
8400 N Magnolia Ave Suite D  
Santee, CA 92071

Herb Pharm  
P.O. Box 116  
Williams, OR 97544

Hinds County Tax Collector  
P. O. Box 1727  
Jackson, MS 39215

Hope Federal Credit Union  
4 Old River Place  
Jackson, MS 39202

Ice Chips Candy LLC  
P.O. Box 2401  
Yelm, WA 98597

Indigo Wild  
3125 Wyandotte  
Kansas City, MO 64111

Internal Revenue Service  
P. O. Box 21126  
Philadelphia, PA 19114

Internal Revenue Service  
100 West Capitol Street  
Room 506  
Jackson, MS 39269

Jackson Paper Company  
4400-C Mangum Dr  
Flowood, MS 39232

Jarrow Formula  
1824 S. Robertson Blvd.  
Los Angeles, CA 90035

JBR Coffee  
1731 Aviation Blvd  
Lincoln, CA 95648

Just Tomatoes  
P.O. Box 807  
Westley, CA 95387

Kuumba Made  
410 E. Ft. Lowell Rd.  
Tucson, AZ 85705

Lamar Companies  
P.O. Box 96030  
Baton Rogue, LA 70896

Larrys Beans  
1507 Gavin Street  
Raleigh, NC 27608

Le Creuset of America  
P.O. Box 277408  
Atlanta, GA 30384-7408

Livin Spoonful Inc  
P.O. Box 18134  
Portland, OR 97218-0134

Lumina Health Products  
2301 Porter Lake Drive  
Sarasota, FL 34240

McInvale Heating & Air In.  
P.O. Box 2658  
Ridgeland, MS 39158-2658

Mega Foods  
CL800134  
P. O. Box 983033  
Boston, MA 02298-3033

Michaels  
6003 Randolph Blvd  
San Antonio, TX 78233

Millennium Research  
99 West Mill Rd  
BLDG 22  
Long Valley, NJ 07853

MS Dept. of Revenue  
P. O. Box 23058  
Jackson, MS 39225

Mychelle Dermaceuticals  
1301 Courtesy Rd  
Louisville, CO 80027

MycoLogical Natural Products  
P.O. Box 24940  
Eugene, OR 97402

Natural Foods Inc.  
3040 Hill Ave.  
Toledo, OH 43607-2931

Natural Vitality  
12200 ANDERSON MILL RD  
AUSTIN, TX 78726

Nature's Most  
60 Trigo Drive  
Middletown, CT 06457

NCAT  
510 George ST.  
Suite 212  
Jackson, MS 39202

New Wave Enviro  
P.O. Box 4146  
Englewood, CO 80155

Newton Lab  
455 Gees Mill Business Ct NE  
Conyers, GA 30013-1577

North Bay Trading  
P.O. box 129  
Brule, WI 54820

Nutraceutial  
P.O. Box 12850  
Ogden, UT 84412-2850

NutriBiotic  
P.O. Box 238  
Lakeport, CA 95453

Office Enviroments  
100 E. Capital Street  
Jackson, MS 39201

Old South Winery  
65 South Concord Ave  
Natchez, MS 39120

Optimal Health Knowledge  
2177 NE 62nd CT  
Fort Lauderdale, FL 33308

Ora Medix  
339 E Ave K-8 Suite 117  
Lancaster, CA 93539

Oregon Kombucha  
6720 NE ML King Blvd.  
Portland, OR 97211

Oregon's Wild Harvest  
1601 NE Hamlock Ave  
Redmond, OR 97756

Pennington Farms  
194 Coooper Hurst Road  
Pearl, MS 39208

Pietro DeMarco  
1185 Saw Mill River Rd  
Yonkers, NY 10710

Planet Earth Gifts  
P.O. Box 1821  
Eastsound, WA 98245

Pure Bliss  
1165 Allgood Rd  
Suite 14  
Marietta, GA 30062

Pure Essence
P.O. Box 95397
Las Vegas, NV 89193-5397

Rainbow Bridge LLC
2807 Old Canton Road
Jackson, MS 39216

Ramakrishnananda Gifts
858 Route 212
Saugerties, NY 12477

Raw Shakti Chocolate LLC
355 Cummins Road
Asheville, NC 28805

Redmond Trading Company
P.O. Box 1550
American Fork, UT 84003

Renew Life
198 Palm Harbor Blvd
Alt. 19
South Palm Harbor, FL 34683

Republic Services
P. O. Box 9001099
Louisville, KY 40290

Reserve Life Nutrition
2255 Glades Rd
Suite 342
W Boca Ration, FL 33431

Ribbon Naturals
14100 McCormick Dr.
Tampa, FL 33626

RJ Young
P. O. Box 40205
Nashville, TN 37204

Salad Days
1399 Kickapoo Rd
Clinton, MS 39056

Seeds of Change
2555 South Dominguez Hills Dr
Rancho Dominguez, CA 90220


Sequel Naturals Inc
3001 Wayburne Drive
Unit 101
Burnaby, BC V5G 4W3, Canada


Service Plus Communications
P.O. Box 420
Clinton, MS 39060


SERVPRO
P.O. Box, Mississippi 13672
Jackson, MS 39236


Stanley Access Technologies
P.O. Box 0371595
Pittsburgh, PA 15251


Sunrise Fresh Produce
4229 Michael Avalon Dr
Jackson, MS 39209


TEW & Goodman, PA
2202 Old Branon Rd
Pearl, MS 39208-3252


The Brenmar Company
P.O. Box 3770
Omaha, NE 68103-0770


The Salve Company
#31 Pacific Basin Rd.
MGlenwood, NM 88039


Trace Minerals
P.O. Box 429
Roy, UT 84067


Tree Of Life
P.O. Box 32082
New York, NY 10087-2082

Two Dog Farms  
P.O. Box 914  
Flora, MS 39071

Ultra Aesthetics  
48 Sperry Rd  
Watertown, CT 06795

Ultra Labs  
20611 Belshaw Ave  
Carson, CA 90746

United Natural Foods East  
P.O. BOX 706  
KEENE, NH 03431

Wild Alaska Salmon & Seafood  
P.O. BOX 602  
KING SALMON, AK 99613

Wyndmere Naturals  
3001 Loisiana Ave North  
New Hope, MN 55427

YP Advertising  
P.O. Box 5010  
Carol Stream, IL 60197-5010

Zellie's  
4301 W. William Cannon Dr  
Suite B 150-324  
Austin, TX 78749