

SO ORDERED,

*Edward Ellington*

**Judge Edward Ellington**
United States Bankruptcy Judge
Date Signed: May 29, 2018

The Order of the Court is set forth below. The docket reflects the date entered.

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

| | | | |
|---|---|---|---|
| **IN RE:** | **RAINBOW NATURAL GROCERY COOPERATIVE** | **CASE NO.** | **18-01604-ee** |
| | **DEBTOR(S)** | **CHAPTER** | **11** |

### AGREED SCHEDULING ORDER

THIS DAY this matter came on for consideration of the *joint ore tenus motion* of the United States Trustee ("UST") and Debtor Rainbow Natural Grocery Cooperative, for approval of the parties' Agreed Scheduling Order pursuant to 28 U.S.C. § 586(a)(7)(A)(iv), and the Court having duly considered the matter hereby finds that said *ore tenus motion* is well taken and should be granted; therefore

**IT IS ORDERED** that the Debtor(s) shall maintain insurance customary and appropriate to the Debtor(s)' industry and/or as required by law. The UST shall be noted as a party of notice on all insurance policies maintained by the Debtor(s).

**IT IS FURTHER ORDERED** that the Debtor(s) shall timely file all tax returns and other required government filings and timely pay all taxes entitled to administrative expense priority except those being diligently contested by appropriate proceedings.

**IT IS FURTHER ORDERED** that the Debtor(s) shall timely file with the Court and submit to the UST monthly operating reports ("MOR") in accordance with the UST's *Chapter 11 Operating Guidelines and Reporting Requirements* ("OGRR-11") until such time as the case is closed, converted or dismissed.

**IT IS FURTHER ORDERED** that the Debtor(s) shall timely pay to the UST the appropriate sum required under 28 U.S.C. § 1930(a)(6) for each calendar quarter until such time as the case is closed, converted or dismissed.

**IT IS FURTHER ORDERED** that the Debtor(s) shall on or before October 22, 2018, file a disclosure statement containing adequate information as set forth in 11 U.S.C. § 1125 and file a confirmable plan of reorganization.

##END OF ORDER##

AGREED TO AS TO FORM AND CONTENT:

_____
DEBTOR RAINBOW NATURAL GROCERY COOPERATIVE
BY: J. WALTER NEWMAN, IV (MSB #3832)
ATTORNEY FOR DEBTOR
NEWMAN & NEWMAN
587 HIGHLAND COLONY PARKWAY
RIDGELAND, MISSISSIPPI 39157
TEL: (601) 948-0586
EMAIL: wnewman95@msn.com

_____
CHRISTOPHER J. STEISKAL, SR. (MSB #101654)
TRIAL ATTORNEY
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE, REGION 5
501 EAST COURT STREET, SUITE 6-430
JACKSON, MISSISSIPPI 39201
TEL: (601) 965-5241
EMAIL: christopher.j.steiskal@usdoj.gov